IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN BEALL, | |
| Plaintiff, | 8:23CV57 |
| vs. | |
| THE STATE OF LOUISIANA, THE STATE OF MISSISSPPI, THE STATE OF NEBRASKA, and BEARUO OF PRISONS, | MEMORANDUM AND ORDER |
| Defendants. | |

On February 15, 2023, the Court ordered Plaintiff to either file a motion to proceed in forma pauperis or pay the filing fee within 30 days or his Complaint would be dismissed without further notice. Filing No. 4. To date, Plaintiff has not paid the filing fee, filed a motion to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with a Court Order. The Court will enter judgment by a separate document.

Dated this 6th day of April, 2022.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court